598

of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *John Irvin, pro se.* No appearance for respondent.

No. 327. REED *v.* COLPOYS. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. James J. Laughlin* for petitioner. No appearance for respondent.

No. 353. AURYNGER *v.* RADIO CORPORATION OF AMERICA. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. John J. Aurynger, pro se. Mr. Stephen H. Philbin* for respondent.

No. 6. MOONEY *v.* SMITH, WARDEN. October 10, 1938. Petition for writ of certiorari to the Supreme Court of California denied. Dissenting: MR. JUSTICE BLACK and MR. JUSTICE REED. *Messrs. Frank P. Walsh, John F. Finnerty,* and *George T. Davis* for petitioner. *Messrs. U. S. Webb* and *Wm. F. Cleary* for respondent.

No. 43. MILLIKEN ET AL. *v.* MEYER. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Colorado denied, as it does not appear from the record that there is a final judgment. *Messrs. C. R. Ellery* and *Harold H. Healy* for petitioners. *Mr. James A. Greenwood* for respondent.